UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT INGRAHAM, JR.,

    Plaintiff,

v.                                        CASE NO.: 8:11-cv-2122-T-23TGW

UNITED STATES ATTORNEY FOR THE
MIDDLE DISTRICT OF FLORIDA,

    Defendant.
_____/

**ORDER**

    In a report (Doc. 3) on the plaintiff's motion (Doc. 2) to proceed in forma pauperis, Magistrate Judge Wilson observes that "the plaintiff's complaint (Doc. 1) is a rambling and incoherent narrative" and that the defendant, the United States Attorney, enjoys absolute immunity. Magistrate Judge Wilson recommends dismissal of the complaint without prejudice and deferral of the motion to proceed in forma pauperis.

    The plaintiff submits no objection. The report and recommendation (Doc. 3) is **ADOPTED**, and the action is **DISMISSED WITHOUT PREJUDICE**. The plaintiff may submit an amended complaint by **November 12, 2011**.

    ORDERED in Tampa, Florida, on October 13, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE